**No. 53991.**—Balfour, Guthrie & Co., Ltd., et al. *v.* United States, protests 112981–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 30, 1950

**No. 53992.**—Ben Jacobson *v.* United States, protest 150547–K (New York).

Opinion by OLIVER, C. J.   When the case was called for hearing there was no appearance on behalf of the plaintiff.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.